IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  8:15CR343 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| JULIO ARIAS, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on September 18, 2023, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibit #101 from detention hearing held 2/4/2016 and

Exhibit #101 from motion hearing held 2/12/2016

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:  September 18, 2023

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge

**Exhibits-Order_to_Destroy.docx**
Approved 12/17/15